# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

In re:  Candice Kiesha Jeffries                           Case No. 12 B 29397
      Debtor(s)

### ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

☐ GRANTED.

    This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

☑ DENIED.

    The debtor shall pay the chapter 7 filing fee according to the following terms:

    $ 76.50   on or before 8/24/12
    $ 76.50   on or before 9/21/12
    $ 76.50   on or before 10/19/12
    $ 76.50   on or before 11/16/12

    Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

    IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

☐ SCHEDULED FOR HEARING.

    A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ at _____
                                                   (address of courthouse)

    IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

BY THE COURT: _Donald R. Cassling_ (signature)

DATE: 3 1 JUL 2012

United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| In Re: | ) | Chapter 7 |
| Candice Kiesha Jeffries | ) | Case No. 12 B 29397 |
|     Debtor(s). | ) | |
|  |  | Judge Donald R. Cassling |

### CERTIFICATE OF MAILING

I , Karen Jacobs, Relief Courtroom Deputy  hereby certify that on July 31, 2012,  I caused to be served via First Class Mail the attached copy of the **Order on Debtor's Application for Waiver of the Chapter 7 Filing Fee** dated July 31, 2012 to the person listed below:

**(Debtor)**

Candice Kiesha Jeffries
1416 Eagle St.
Naperville, IL 60153

Dated: July 31, 2012

                                          Karen Jacobs
                                        Relief  Courtroom Deputy